JOSEPH STEPP, Appellant v. KANSAS CITY & LIBERTY BOULEVARD ROAD DISTRICT.

**In Banc, April 13, 1914.**

For the reasons stated in the Embree Case, *ante,* page 593, the judgment in this case is affirmed.

Appeal from Clay Circuit Court.—*Hon. Francis H. Trimble,* Judge.

Affirmed.

*M. E. Lawson* for appellant.

*Clyde Hardwicke* for respondent.

WOODSON, J.—This is a companion case of W. S. Embree et al. v. Kansas City-Liberty Boulevard Road District of Clay County, just decided. [*Ante,* p. 593.]

Each involves the same facts and propositions of law, and the rulings in that case are controlling in this; and for the reasons there stated, the judgment of the circuit court is affirmed. *Graves, Bond* and *Walker, JJ.,* concur; *Lamm, C. J., dubitante; Brown, J.,* dissents; *Faris, J.,* not sitting.